ANTONETTE STEWART, Appellant, *v.* HOME LIFE INSURANCE COMPANY, Respondent.

*Stewart* v. *Home Life Ins. Co.*, 146 App. Div. 709, appeal dismissed. (Argued March 10, 1913; decided March 25, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1911, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover upon a policy of life insurance.

*Frank E. Carstarphen* and *Joseph A. Burdeau* for appellant.

*Bernard Hershkopf* and *Howard Van Sinderen* for respondent.

Appeal dismissed, with costs, on the ground that the order of the Appellate Division is silent as to the grounds of reversal; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.